IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WARDELL JOHNSON ) | |
| & CLAYTON THOMAS ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: JFM 02CV1155 |
| ) | |
| JAS TRUCKING ) | |
| ) | |
| Defendant ) | |

ORDER

Upon consideration of Plaintiffs' Consent Motion to Extend Time to File Opposition to Defendant JAS Trucking Inc.'s Motion to Dismiss, and after consideration of same, it is this 28th day of May, 2002, by the United States District Court for the District of Maryland,

ORDERED, that Plaintiffs' Motion is hereby granted; and it is further hereby

ORDERED, that Plaintiff shall have until June 27, 2002 in which to file their Opposition to Defendant's Motion to Dismiss.

JUDGE, United States District Court
for the District of Maryland

Copies To:

Kathleen Duckett McCann, Esquire
Michael P. Darrow, Esquire