IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARDELL JOHNSON, ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-02-1155 |
| | * | |
| JAS TRUCKING, INC. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this 11th day of July 2002

ORDERED

1. Defendant's motion to dismiss is granted; and

2. This action is dismissed for failure to state a claim upon which relief can be granted.



J. Frederick Motz
United States District Judge

3

